IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:15-CR-00063-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER TO SEAL |
| | ) | |
| DONALD BRIAN BEAUCHAINE, | ) | |
| | ) | |
| Defendant. | ) | |

For good cause having been shown upon the United States' Motion to Seal, it is hereby

ORDERED that the Notice of Victims' Statements Regarding Defendant's Motion for Reduction in Sentence Pursuant to 18 U.S.C. § 3582 be filed under seal.

This 6 day of April, 2022.

_____
JAMES C. DEVER III
United States District Judge