IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:15-CR-63-D

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| DONALD BRIAN BEAUCHAINE, ) | |
| ) | |
| Defendant. ) | |

On July 5, 2022, this court denied Donald Brian Beauchaine's motion for compassionate release. See [D.E. 47]. Beauchaine filed motions for reconsideration [D.E. 51, 52]. The court has considered Beauchaine's motions for reconsideration. The motions for reconsideration [D.E. 51, 52] lack merit and are DENIED.

SO ORDERED. This 10 day of October, 2022.

JAMES C. DEVER III
United States District Judge